

JAC: USAO 2010R00252

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG - 1 2011

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT 11 CR 0418 |
| | * | |
| JONATHAN SAVOY, | * | (Conspiracy to Distribute and Possess |
| | * | With Intent to Distribute Controlled |
| Defendant | * | Substances, 21 U.S.C. § 846) |
| | * | |
| | * | |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

Between in or about January 2007 and in or about July 2008, in the District of Maryland and elsewhere, the defendant,

**JONATHAN SAVOY,**

did knowingly combine, conspire, confederate and agree with Jamohl Aaron Swann, a/k/a "Mol," a/k/a "Mall," Otis Renaldo Harris, a/k/a "O," Dewey Carroll, a/k/a "Wayne," Delmont Stephone Green, a/k/a "Fat Dog," a/k/a "Fatty," Jerry Bannister, Maurice Green, a/k/a "Mo," Ramon Francis Green, a/k/a "Mon," Shawn Doval Brown, Jhonte Brawner, Reginald Hayes, Dion Lee, Jermaine Thomas, Marcellus Gray, Samuel Harris, and others known and unknown to the United States to

distribute and possess with intent to distribute twenty-eight grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 846

                                              Rod J. Rosenstein
                                              United States Attorney

Date: August __1__, 2011