IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. DKC 11-418 |
| | : |
| JONATHAN ROLAND SAVOY | : |
| | : |

**ORDER**

Mr. Savoy appeared before the court for a hearing on violations of the terms and conditions of supervised release. For the reasons stated in open court, it is this 30th day of July, 2024, by the United States District Court for the District of Maryland ORDERED that:

1. Mr. Savoy's term of supervised release IS CONTINUED;

2. All previously imposed conditions of supervised release REMAIN IN FULL FORCE AND EFFECT; and

3. The Clerk will transmit a copy of this Order to counsel of record and to Probation Officer Maria Goodwater.

/s/
DEBORAH K. CHASANOW
United States District Judge